FILED
4/14/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JC

To: Honorable Judge M.F. Kennelly

Date: April 10, 2023

Re: Case 1:23-cv-00631  | Shaw v. The Chicago School of Psychology

Motion:

The plaintiff, Donna Shaw, has caused the defendant, The Chicago School of Professional Psychology, to be served with the complaint and a summons. The summons was received by Anita Schroeder (hand to hand), Human Resource Representative at The Chicago School of Professional Psychology, at 325 N. Wells, Chicago, IL 60654, on March 9th @ 4:47pm.  Service was performed by someone other than the plaintiff who is over 18 years old.

The Chicago School of Professional Psychology has failed to respond within 21days after service of this summons, which instructed that the Defendant must serve on the Plantiff an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiffs attorney at:  Ms. Donna Shaw, 637 E. Woodland Park Ave., Unit 406, Chicago, IL 60616.

The Summons further indicated that if the defendant failed to respond, judgement by default will be entered against the defendant for the relief demanded in the complaint.

The Plantiff is seeking relief and asks that judgement be entered against the defendant for such relief demanded in the complaint.

*Donna Shaw*

Donna Shaw
637 E. Woodland Park Ave., #406
Chicago, Ill 60616
Ph#312-877-2919