

Date: April 22, 2023

Re: Civil Action No. 1:23-cv-00631

Subject: Motion for Judgement

The plaintiff, again, is requesting of the Honorable Judge Matthew F. Kennelly approval for Motion for Judgement. The Plaintiff as required by law has filed a properly completed return of service, verifying service of summons and the complaint upon The Chicago School of Professional Psychology on March 9, 2023 @ 4:48pm CST, via hand-to-hand exchange to Anita Schroeder, Senior Human Resources Generalist, a proper representative of the defendant.

The law allows that within 21 days after service of the summons on the defendant, that the defendant must serve on the plaintiff an answer to the complaint or a motion under Rule 12 of the Federal Rules Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

> Ms. Donna Shaw
> 637 E. Woodland Park Ave., Unit 406
> Chicago, IL 60616

Such action as required by law from the defendant did not occur, and expiration for the defendant's response to the plaintiff was March 30, 2023, the date occurring 21days after service of Summons in a Civil Action Lawsuit to a proper representative of the defendant. The Motion for Judgement has been supported.

Kindly,

*Donna Shaw*

Donna Shaw
Ph#312-877-2919